Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
ANTHONY TARDI

# UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| ANTHONY TARDI, | ) **Case No.:** |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| RECEIVABLE MANAGEMENT | ) |
| | ) |
| SERVICES, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

ANTHONY TARDI (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against RECEIVABLE MANAGEMENT SERVICES (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

- 1 -

*4.* Venue is proper pursuant to *28 U.S.C. 1391(b)(2).*

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202.*

### PARTIES

6. Plaintiff is a natural person residing in Scottsdale, Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency and conducts business in Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### FACTUAL ALLEGATIONS

11. Defendant sent a collection notice to Plaintiff on February 27, 2010, demanding payment for an alleged debt.   (See Exhibit A)

12. Plaintiff immediately informed Defendant that he disputed the validity of the alleged debt and sent a written demand for validation on March 9, 2010.  (See Exhibit B)

13.  Defendant made multiple contacts to Plaintiff, by telephone and email, after the demand for verification of the debt was sent to Defendant, but prior to any response to said demand.

14. Plaintiff continued to inform Defendant that the debt was disputed and sent further requests for validation (See Exhibit C)

15. Defendant contacted Plaintiff via telephone and stated that the amount of the claim was not disputed, in an attempt to obtain payment by Plaintiff, when in fact the amount was disputed.  (See Exhibit D)

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff by continuing collection efforts on a disputed debt without providing verification.

   b. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with the debt collection.

   c. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by claiming the debt was "validated" when in fact no validation had been provided.

   d. Defendant violated *§1692g(b)* of the FDCPA by continuing collection efforts for several weeks, on what it knew to be a disputed debt, prior to mailing verification documents of the debt to Plaintiff.


   WHEREFORE, Plaintiff, ANTHONY TARDI, respectfully requests judgment be entered against Defendant, RECEIVABLE MANAGEMENT SERVICES, for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

**<u>DEMAND FOR JURY TRIAL</u>**

PLAINTIFF'S COMPLAINT

1       Plaintiff, ANTHONY TARDI, demands a jury trial in this cause of action.

2                                          RESPECTFULLY SUBMITTED,

3       DATED:  April 29, 2010              KROHN & MOSS, LTD.

4

5                                  By: /s/Ryan Lee_____

6                                      Ryan Lee
                                       Attorney for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

1

2

3

# **VERIFICATION OF COMPLAINT AND CERTIFICATION**

4

STATE OF ARIZONA

5

Plaintiff, ANTHONY TARDI, states as follows:

6

1. I am the Plaintiff in this civil proceeding.

7

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

8

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

9

10

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

11

12

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

13

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

14

15

Pursuant to 28 U.S.C. § 1746(2), I, ANTHONY TARDI, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

16

17

DATE: 04/29/10

ANTHONY TARDI

18

19

20

21

22

23

24

25

- 5 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **<u>EXHIBIT A</u>**

PLAINTIFF'S COMPLAINT



R·M·S

365870500
4836 Brecksville Rd.
P.O. BOX 509
Richfield OH 44286

Receivable Management Services

# *Collection Notice*

Phone:      800-666-6994
Toll Free:  800-666-6994

This account may be forwarded
to the D&B Credit database.

×058RB36100493501×
ANTHONY AND NICOLE TARDI
2 OPERA LN
ALISO VIEJO  CA  92656-2885

February 27, 2010

Re:  Power Solutions, Inc.
     Claim amt:      $6,400.00
     Claim No:   365870500-FB
     LD#7

This is a request for payment of this account which has been placed by
Power Solutions, Inc. for collection.  Please remit your payment to the
address above in order to avoid additional collection proceedings.

If you have not yet been contacted by an RMS representative, you will be
receiving a call to bring this matter to a resolution.  Should you
receive this letter after a discussion with our representative, we thank
you for your cooperation.

If this debt is the result of a personal, family or household
transaction and you are disputing this debt, please refer to the
notice on the reverse side of this letter.

                    Sincerely,

                    R. Groves - Collector
                    Ext#5447

     Please consider this as notice that if payment is made by
consumer check we will convert this check to an electronic
debit to your account via ACH and if the check is returned
NSF, we will represent the check via ACH debit.

gail Bar

Sandy.craven @
RMSNA.com

*** Pay by phone 1-866-725-2182 or go to http://www.rmsna.com/payrms
    : USERID = 365870500 & PASSWORD = 16155558

IMPORTANT: REFER TO CLAIM NUMBER IN ALL COMMUNICATIONS
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
WE ARE ACTING AS A DEBT COLLECTOR. THIS LETTER IS AN ATTEMPT TO COLLECT
THIS DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT B**

PLAINTIFF'S COMPLAINT

Anthony and Nicole Tardi
2 Opera Lane
Aliso Viejo, CA 92656
949-922-0965

Date: 03/09/2010

**Sent Via Email, Return Receipt Requested**

RMS (Receivable Management Systems)
4836 Brecksville Rd.
Richfield, OH 44286

RE: Power Solutions, Inc
Claim amt: $6,400.00
Claim No: 365870500-FB
LD#7

Dear RMS Agent,

I am disputing the above-referenced debt.
I request verification of this debt as required by the Fair Debt and Collection Practices
Act

I am disputing the legitimacy and amount of this claim.
I am unfamiliar with Power Solutions, Inc. and request the name and address of the
original creditor.

Because I am disputing this debt, you should not report it to the credit reporting agencies.
If you have already reported it, please contact the credit reporting agencies, inform them
that the debt is disputed, and ask them to delete it from my credit report. Reporting
information that you know to be inaccurate, or failing to report information correctly,
violates the Fair Credit Reporting Act.

Thank you for your time,


Anthony  and Nicole Tardi

1
2
3

# EXHIBIT C

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PLAINTIFF'S COMPLAINT

Anthony and Nicole Tardi
anthonytardi@hotmail.com
949-922-0965

Date: 03/28/2010

**Sent Via Email, Return Receipt Requested**

RMS (Receivable Management Systems)
4836 Brecksville Rd.
Richfield, OH 44286

RE: Power Solutions, Inc
Claim amt: $6,400.00
Claim No: 365870500-FB
LD#7

Dear RMS Agent,

On 03/09/2010, I disputed the above referenced debt.
- ❖ I requested verification of this debt.
- ❖ I requested the legitimacy and amount of this claim.
- ❖ I also requested the name and address of the original creditor, for I am unfamiliar with Power Solutions for which this claim has been filed.

Since my dispute, I have not received validation on the above requests. However, I continue to be contacted by your agency. In further investigation, it appears that this claim violates multiple sections of the Fair Debt and Collection Practices Act to include:
Section 807 (2a)
Section 807 (14)
Section 809 (b)
Section 812 (a)

Again, I am disputing the above-referenced debt and request that the above requests are granted in accordance to the Fair Debt and Collection Practices Act.

Because I am disputing this debt, you should not report it to the credit reporting agencies. If you have already reported it, please contact the credit reporting agencies, inform them that the debt is disputed, and ask them to delete it from my credit report. Reporting information that you know to be inaccurate, or failing to report information correctly, violates the Fair Credit Reporting Act.

Thank you for your time,


Anthony and Nicole Tardi

Anthony and Nicole Tardi
anthonytardi@hotmail.com
949-922-0965

Date: 04/12/2010

**Sent Via Email, Return Receipt Requested**

RMS (Receivable Management Systems)
4836 Brecksville Rd.
Richfield, OH 44286

RE: Power Solutions, Inc
Claim amt: $6,400.00
Claim No: 365870500-FB
LD#7

Dear RMS Agent,

On 03/09/2010 and 03/28/2010, I disputed the above referenced debt.
  ❖ I requested verification of this debt.
  ❖ I requested the legitimacy and amount of this claim.
  ❖ I also requested the name and address of the original creditor, for I am unfamiliar
    with Power Solutions for which this claim has been filed.

Even with multiple disputes, I have yet to receive validation on the above requests.
Instead, there appears to be a consistent intentional noncompliance of the Fair Debt
Collection Practices Act for the purpose of harassment. I would like to remind the Debt
Collector of Section 813 (a3) and 813 (b1) of the Fair Debt Collections Practices Act.

This claim is, without question, a fraudulent claim. I find it very disturbing that this claim
has made it through your legal department. I highly recommend that this claim is sent
back to your legal department for review. In addition to California Contract Law, there is
the more recent developments that the $2,600.00 security deposit has been retained,
and the property has been scheduled for closing. After review, there should be no
question by your legal department that this is a fraudulent claim.

 For the third time, I am disputing the above-referenced debt and request that the above
requests are granted in accordance to the Fair Debt and Collection Practices Act.

Because I am disputing this debt, you should not report it to the credit reporting agencies.
If you have already reported it, please contact the credit reporting agencies, inform them
that the debt is disputed, and ask them to delete it from my credit report. As you should
already know, reporting information that you know to be inaccurate, or failing to report
information correctly, violates the Fair Credit Reporting Act.

Thank you for your time,


Anthony and Nicole Tardi

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT D

PLAINTIFF'S COMPLAINT

This message is for Anthony Tardi.  This is Amy Craigman calling
with RMS following up with you in regards to the balance for
Power Solutions.   This is for your residential lease for
California residential realtors.  We still have not received any
payment on the file.  We still have a balance of $6400.   This is
not a disputed amount because we have already checked with our
client and this balance is outstanding and due.  I do need you
to follow up with me, as we need to get this balance resolved,
at 1-866-681-4124.

This message is for Anthony Tardi.  This is Amy Craigman calling
up in regards to the balance for RM Solutions of $6400.  Please
return my call at 1-866-681-4124.