# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Tardi, | No. CV-10-977-PHX-GMS |
| Plaintiff, | |
| vs. | **ORDER** |
| Receivable Management Services, | |
| Defendant. | |

On July 29, 2010, a Notice of Settlement (Doc. 14) was filed with the Court. As of this date, no stipulation to dismiss has been filed. Therefore,

**IT IS HEREBY ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **October 20, 2010** without further leave of the Court.

DATED this 20th day of September, 2010.

_____
G. Murray Snow
United States District Judge