Sean P. Healy, SB #018393
Shawn M. Petri, SB #022642
Petri@lbbslaw.com
healy@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lbbslaw.com
*Attorneys for Defendant Receivable Management Services*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Tardi,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Receivable Management Services,<br><br>　　　　　Defendant. | No. 2:10-CV-00977-GMS<br><br>**STIPULATION TO DISMISS**<br><br>(The Honorable G. Murray Snow) |

　　　Plaintiff and Defendant, by and through their respective attorneys, stipulate that:

　　　1.　　Each party is expressly authorized to enter this stipulation.

　　　2.　　All claims involving these parties are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

　　　A proposed form of order is attached.

　　　DATED this 21st day of September, 2010.

　　　　　　　　　　**LEWIS BRISBOIS BISGAARD & SMITH LLP**


　　　　　　　　　　By 　s/ Sean P. Healy　　　　　　　　
　　　　　　　　　　　　Sean P. Healy
　　　　　　　　　　　　Shawn M. Petri
　　　　　　　　　　　　*Attorneys for Defendant Receivable
　　　　　　　　　　　　Management Services*

4814-9401-3191.1

DATED this 21st day of September, 2010.

**KROHN & MOSS, LTD.**

By   <u>s/Ryan Lee</u>
     Ryan Lee
     *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ryan Lee
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Ste 401
Los Angeles, CA 90025


<u>s/ Melissa De La Rosa</u>

4814-9401-3191.1      2